UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:15-CR-001-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ERICA A. HILLS ) | |
| ) | |

    This matter is before the court on the government's motions to continue sentencing and to seal the motion to continue. For good cause, the motions are ALLOWED. Sentencing is CONTINUED to 3 August 2015.

    This 28 April 2015.

                                                      W. Earl Britt
                                                      Senior U.S. District Judge