UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:15-CR-001-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ERICA A. HILLS ) | |
| ) | |

This matter is before the court on the government's motions to continue sentencing and to seal. For good cause shown, the motions are ALLOWED. Sentencing is CONTINUED to 28 September 2015.

This 23 July 2015.

W. Earl Britt
Senior U.S. District Judge