# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

          v.          **Crim. No. 4:15-CR-1-1BR**

**ERICA A. HILLS**

  On September 28, 2015, the above named defendant was placed on probation for a period of 3 years. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,        I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield        /s/ Taron N. Seburn  
Dwayne K. Benfield         Taron N. Seburn  
Supervising U.S. Probation Officer     U.S. Probation Officer  
                      201 South Evans Street, Rm 214  
                      Greenville, NC 27858-1137  
                      Phone: 252-830-2335  
                      Executed On: December 7, 2017

## ORDER OF COURT

  Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __8__ day of __December__

                      W. Earl Britt  
                      Senior U.S. District Judge